UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN WESLEY PATTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3408** |
| **CITY OF WESTWEGO, ET AL.** | **SECTION: "B"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's request to prosecute this matter as a class action is **DENIED**.

**IT IS FURTHER ORDERED** that all of plaintiff's claims brought pursuant to 42 U.S.C. § 1985 against all defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that all of plaintiff's claims brought pursuant to 31 U.S.C. §§ 3729-3733 against all defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the Jefferson Parish District Attorney's Office, District Attorney Paul D. Connick, Jr., Assistant District Attorneys Jennifer Rosenbach, Laura Schneidau, and Zachary Popovich, and Victims Assistance Program Coordinator Melanie Villemarette, Rec. Doc. 18, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the Louisiana Judiciary Commission, the Louisiana Attorney Disciplinary Board, the Louisiana Office of Disciplinary Counsel, and the "Office of District Judges" of the Louisiana Twenty-Fourth Judicial District Court, Rec. Doc. 20, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against those defendants are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the City of Kenner and Mayor Ben Zahn, Rec. Doc. 22, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the Kenner Police Department, Chief Michael Glaser, Lieutenant Michael Cunningham, Detective Bryan S. Weiter, and Officer Joseph Scamardo, Rec. Doc. 23, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by former Westwego Mayor Joe Peoples, the City of Westwego, the Westwego Police Department, Chief of Police Donald J. Munch, Sr., and Officers Christopher Fisher, Cory Boudreaux, Eric Orlando, Randy Mason, Sam Norton, Angel Lopez, Blake Lawson, Owen Valence, and Joshua Brown, Rec. Doc. 36, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by John Courtney Wilson, Rec. Doc. 60, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against Wilson are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Louisiana Twenty-Fourth Judicial District Court Judicial Administrator Renee Hatch Aguilar, Rec. Doc. 71, is **GRANTED**. **IT IS FURTHER ORDERED** that the claims brought pursuant to 42 U.S.C. § 1983 against her in her individual capacity are **DISMISSED WITH PREJUDICE**, the claims brought pursuant to 42 U.S.C. § 1983 against her in her official-capacity for monetary damages are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to the Eleventh Amendment, and the claims brought pursuant to 42 U.S.C. § 1983 against her in her official capacity for prospective injunctive relief are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by the Parish of Jefferson, Rec. Doc. 72, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Louisiana Twenty Forth Judicial District Defender Richard M. Tompson, Rec. Doc. 86, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against Tompson are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motions for default, Rec. Docs. 79 and 105, are **DENIED**.

New Orleans, Louisiana, this 29th day of August, 2022.

SENIOR UNITED STATES DISTRICT JUDGE