## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN WESLEY PATTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3408** |
| **CITY OF WESTWEGO, ET AL.** | **SECTION: "B"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Jon A. Gegenheimer and Cherise Foret, Rec. Doc. 102, is **GRANTED** and that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against those defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against the Jefferson Parish Correctional Center, the Jefferson Parish Sheriff's Office, and the Jefferson Parish Sheriff's Office/Internal Management Bureau are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against the New Orleans Family Justice Center and Martin Regan are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that any claims brought pursuant to 42 U.S.C. § 1983 against any other remaining defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 13th day of February, 2023

SENIOR UNITED STATES DISTRICT JUDGE